DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAMEIAN RYAN HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1707
_____

June 14, 2024

Appeal from the Circuit Court for Pinellas County; Philippe Matthey,
Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.